## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01264-NYW

CLINTON A. BROWNWOOD,

    Plaintiff,

v.

WELLS TRUCKING, LLC,

    Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Defendant, Wells Trucking, LLC

Dated: June 17, 2016

    *s/ Lee J. Morehead*
    _____
    Lee J. Morehead
    Otis, Bedingfield & Peters, LLC
    The Doyle Building
    1812 56th Avenue
    Greeley, CO 80634
    Telephone: (970) 330-6700
    Fax: (970) 330-2969
    Email: lmorehead@nocoattorneys.com
    *Attorney for Defendant: Wells Trucking, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2016, I caused the foregoing **ENTRY OF APPEARANCE OF COUNSEL** to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Andrew C. Quisenberry
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Email:  andrew.quisenberry@coloradolaw.net

*s/ Lee J. Morehead*