IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01264-NYW

CLINTON A. BROWNWOOD,

    Plaintiff,

vs.

WELLS TRUCKING, LLC,

    Defendant.

---

## NON-CONSENT FORM

---

Under 28 U.S.C. § 636(c) and D.C.COLO.LCivR 40.1(c) – Assignment of Cases/Direct Assignment to Magistrate Judges:

CHECK ONE

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

OR

\_\_\_X\_\_\_ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Name | Signature | Party Represented | Date |
|------|-----------|-------------------|------|
| Lee Morehead | [signature] | Wells Trucking, LLC | 7-7-2016 |
| Andrew Quisenberry | [signature] | Clinton A. Brownwood | 7/7/16 |

2

## CERTIFICATE OF SERVICE

I certify that on July 6, 2016, this **NON-CONSENT FORM** was filed with the Court; and true and accurate copies of the foregoing were served on all parties via CM/ECF to:

**Lee James Morehead**
Otis Bedingfield & Peters LLC-Greeley
1812 56th Avenue
2nd Floor
Greeley, CO 80634
970-330-6700
Fax: 970-330-2969
Email: lmorehead@nocoattorneys.com
*Attorneys for Defendant*

/s/Chad A. Brockman
Chad A. Brockman, Paralegal