**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-01264-PAB-NYW

CLINTON A. BROWNWOOD,

Plaintiff,

v.

WELLS TRUCKING, LLC,

Defendant.

---

**ENTRY OF APPEARANCE**

---

Attorney Sara A. Green of the law firm of Bachus & Schanker, LLC and pursuant to D.C.COLO.LCivR 11.1(a), hereby enters her appearance as co-counsel on behalf of the Plaintiff.

Dated: July 15, 2016

*s/ Sara A. Green*
Sara A. Green
BACHUS & SCHANKER, L.L.C.
1899 Wynkoop, Ste 700
Denver, Colorado 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
sara.green@coloradolaw.net
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of July, 2016, a true and correct copy of the foregoing ENTRY OF APPEARANCE was sent via CM/ECF:

Lee J. Morehead
Otis, Bedingfield & Peters, LLC
The Doyle Building
1812 56th Avenue
Greeley, CO 80634
Tel: 970-330-6700
lmorehead@nocoattorneys.com
*Attorney for Defendant*

 

*/s/ Chad A. Brockman*
Chad A. Brockman, Paralegal